**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

Motion GRANTED for extension to 8/15/14.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:14-00095 |
| | ) | Judge Trauger |
| ANTHONY NEAL | ) | |
| a.k.a. Kitwana Khamisi-El | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Anthony Neal a.k.a. Kitwana Khamisi-El moves the Court to extend the time for filing pretrial motions. By local rule, pretrial motions are due today. The trial has been set for August 26, 2014.

In support of this motion, defense counsel would show the following: The parties are in discussions about how to resolve this matter and anticipate seeking a continuance of the August 26 trial date. The case arose after a warrantless search of Mr. Neal's vehicle which revealed a gun. The defendant asks the Court to extend the time for filing pretrial motions until August 15, 2014, to protect Mr. Neal's rights while the parties work on an agreed resolution to this matter.

For the reasons stated above, Mr. Neal asks the Court to extend the time for filing pretrial motions until Friday, August 15, 2014.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Mr. Neal/Khamisi-El