# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00095 |
| | ) | Judge Trauger |
| KITWANA KHAMISI-EL, formerly known as Anthony Neal | ) | |

## **O R D E R**

Because of a criminal trial, Judge Trauger must continue the sentencing of this defendant scheduled for April 30, 2015. It is hereby **ORDERED** that the sentencing is **RESET** for Thursday, May 7, 2015, at 11:00 a.m.

It is so **ORDERED.**

ENTER this 24th day of April, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge